No. 183. Tremont Lumber Co. v. Police Jury of the Parish of Winn et al. ▮ ▮ Jurisdictional statement submitted October 14, 1929. Decided October 28, 1929. *Per Curiam:* The appeal is dismissed and certiorari is denied for the want of a substantial federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. John C. Theus* for appellant. No appearance for appellees. ▮

No. 199. Workman v. Boone et al. ▮ ▮ Jurisdictional statement submitted October 14, 1929. Decided October 28, 1929. *Per Curiam:* The appeal is dismissed and certiorari is denied for the want of a substantial federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Messrs. Robert M. Clarke, Don G. Bowker, Arthur R. Smiley, Alexander T. Sokolow,* and *Henry S. Mackay, Jr.,* for appellant. *Mr. David R. Faries* for appellees. ▮

No. 200. Workman et al. v. Boone et al. ▮ ▮ Jurisdictional statement submitted October 14, 1929. Decided October 28, 1929. *Per Curiam:* The appeal is dismissed and certiorari is denied for the want of a substantial federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. Robert M. Clarke, Don G. Bowker, Arthur R. Smiley, Alexander T. Sokolow,*

and *Henry S. Mackay, Jr.,* for appellants.   *Mr. David R. Faries* for appellees.

No. 294. MUSELIN *v.* PENNSYLVANIA;

No. 295. ZIMA *v.* SAME; and

No. 296. RESETAR *v.* SAME.

Jurisdictional statements submitted October 14, 1929.   Decided October 28, 1929.   *Per Curiam:* The appeals are dismissed and certiorari is denied for the want of a substantial federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147.   *Mr. Thomas M. Henry* for appellants.   *Mr. John G. Frazer* for appellee.

No. 343. DIANISH *v.* VILLAGE OF BROADVIEW.

Jurisdictional statement submitted October 14, 1929.   Decided October 28, 1929.   *Per Curiam:* The appeal is dismissed and certiorari is denied for the want of a substantial federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147.   *Messrs. Stuart E. Knappen* and *Meyer Abrams* for appellants.   *Messrs. James McKeag* and *William A. Morrow* for appellee.

No. 206. ALLEN·& REED, INC. *v.* PRESBREY ET AL.

Jurisdictional statement submitted October 14, 1929.   Decided October 28, 1929.   *Per Curiam:* It appearing that this case has be-